Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

OLIVER YETTO et al., Respondents, *v.* LESTER PARKER, Appellant.

*Contract — sale — action to recover sum deposited — defense of breach of contract.*

*Yetto* v. *Parker*, 205 App. Div. 859, affirmed.

(Argued June 8, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 19, 1923, affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover a sum deposited with defendant by plaintiffs under contract with defendant for the sale of automobiles by defendant to plaintiffs. The defense was a denial, non-performance by plaintiffs of their part of said contract, performance and a counterclaim by defendant for damages alleged to have been sustained because of non-performance of the terms of said contract by plaintiffs.

*George L. Rifenburgh* for appellant.

*John T. Norton* and *Michael J. Deignan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

WILLIAM A. STUART, Appellant, *v.* LAURA B. COSTELLO, Respondent.

*Negligence — master and servant — injury from fall of ladder upon which plaintiff was working.*

*Stuart* v. *Costello*, 204 App. Div. 574, affirmed.

(Argued June 11, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint

by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Defendant furnished plaintiff, a painter, with an extension ladder to use in painting a house. The ladder not being long enough plaintiff placed it, without the knowledge or consent of defendant, upon a table which he found in the garden. When he had mounted near the top the table tilted, the ladder fell and he received the injuries complained of.

*E. C. Sherwood* and *Joseph B. Handy* for appellant.
*Bertram G. Eadie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

WILLIAM A. MCDONNELL, Appellant, *v.* BERENT C. GERKEN et al., Copartners under the Firm Name of ADLER & ECKSTEIN, Respondents.

*Negligence — nuisance — elevators — employee of tenant in building injured through being caught between top of elevator and top of window in elevator shaft.*

McDonnell v. Gerken, 197 App. Div. 446, affirmed.
(Argued June 11, 1923; decided July 13, 1923.)

APPEAL from a judgment, entered August 4, 1921, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The plaintiff was employed by the sub-tenant of the two upper floors of a building owned and constructed by the defendant Gerken and leased to the defendants Adler & Eckstein, who occupied the first and second floors. An elevator shaft of brick extended from the ground floor to the roof on the west side of the front of the building. On the opposite side was a stairway leading to all the floors of the building.